CHEMICAL BANK & TRUST COMPANY et al., as Executors of EDGAR P. LAWSON, Deceased, Respondents, *v.* JEANNE LAWSON, Appellant, and LAWSON WILLIAMS et al., Respondents.

Submitted July 29, 1941; decided July 29, 1941.

*Martin Conboy, Ernest E. Wheeler* and *David Asch* for motion.

*Benjamin Wiener, Herman Goldman, Allan S. Locke* and *William Levin* opposed.

Motion denied on the ground that an appeal has been taken as of right.